**Melissa Jane LEE Plaintiff-Appellant**

v.

**SOUTHWESTERN BELL TELEPHONE CO. Defendant-Appellee**

**No. 17-1600**

United States Court of Appeals, Eighth Circuit.

Submitted: November 27, 2017

Filed: December 1, 2017

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

Melissa Jane Lee, Pro Se

Daniel B. Boatright, Jason N.W. Plowman, Littler & Mendelson, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, LOKEN, COLLOTON, Circuit Judges.

PER CURIAM.

Melissa Lee appeals the district court's [1] adverse grant of summary judgment in her action claiming employment discrimination and retaliation. Having reviewed the record and the parties' arguments on appeal, we conclude that summary judgment was properly granted for the reasons stated in the district court's order, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (de novo review); and that the district court did not err in not recusing itself sua sponte, see United States v. Rubashkin, 655 F.3d 849, 858 (8th Cir. 2011) (plain error review).

Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.